Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Vincent James MILITA, II.**

**No. 951 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 22, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of October, 2004, Vincent James Milita, II, having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated May 19, 2004; the said Vincent James Milita, II, having been directed on August 19, 2004, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Vincent James Milita, II, is suspended from the practice of law in this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Robert Thomas GIBSON, Respondent.**

**No. 777 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 4, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 4th day of November, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Opinion dated August 25, 2004, the Petition for Review and responses thereto, the Motion to Dismiss the Petition for Review is dismissed as moot, and it is hereby

ORDERED that Robert Thomas Gibson be and he is suspended from the Bar of this Commonwealth for a period of one year, retroactive to December 9, 2002, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.